MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Ave. 9th Floor
    San Francisco, CA 94102
    Telephone:   (415) 436-7155
    Facsimile:    (415) 436-6748
    Email: neill.tseng@usdoj.gov

Attorneys for Federal Defendant
DOUGLAS JIMENEZ, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| B.M. a minor by and through his Guardian Ad Litem, DAVID MONES,<br><br>           Plaintiff,<br><br>    v.<br><br>ANTHONY LIM, M.D., DOUGLAS JIMENEZ, M.D., SUTTER MEDICAL CENTER, UNIVERSITY OF CALIFORNIA SAN FRANCISCO, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.<br><br><br><br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

**Superior Court of Sonoma County,**          **See Proof of Service for Service List**
**Hall of Justice**
**600 Administration Drive, Room 107J**
**Santa Rosa, CA 95403**

NOTICE OF REMOVAL
B.M. v. Anthony Lim, M.D., et al
C

1

1  PLEASE TAKE NOTICE that on this day case no. SCV 253761 pending before the Sonoma
2  County Superior Court, Hall of Justice, Civil Unlimited Jurisdiction is being removed to the United
3  States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a),
4  1442(a)(1), 2679(d)(2) and 42 U.S.C. § 233(c), (l)(1) on behalf of federal defendant Douglas Jimenez,
5  M.D. Upon direction by the Attorney General of the United States and pursuant to 28 U.S.C. § 1446,
6  the undersigned attorneys hereby present the following facts to the Judges of the United States District
7  Court for the Northern District of California.

8  1. On May 30 and 31, 2013, plaintiff B.M., a minor by and through his guardian ad litem, David
9  Mones, filed a summons and complaint in the Sonoma County Superior Court. The complaint was filed
10 against defendants Anthony Lim, M.D., et al. Plaintiff alleged that on or about November 1, 2012, he
11 received medical care from defendants at Sutter Medical Center. Plaintiff alleged that, in the course of
12 this care, defendants were negligent in performing a circumcision. As a result, plaintiff allegedly was
13 injured, developed complications, lost blood, and suffered physical pain, discomfort and emotional
14 distress associated with the pain and complications. See Exhibit 1.

15 2. On November 17, 2014, the United States Attorney's Office received notification from the
16 United States Department of Health and Human Services regarding this pending lawsuit. The summons
17 and complaint filed in the Sonoma County Superior Court, Hall of Justice, Civil Unlimited Jurisdiction
18 have not been served on the United States Attorney's Office as required by Fed. R. Civ. P. 4(i)(1)(A).

19 3. This action must be removed to federal district court because this action is against a federally
20 supported health center doctor, among other defendants. Pursuant to the Federal Tort Claims Act
21 ("FTCA") and the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Santa
22 Rosa Community Health Centers, formerly known as Southwest Community Health Center, were
23 deemed eligible for FTCA malpractice coverage and its employees were covered under the FTCA
24 effective January 1, 2012, through December 31, 2013. Further, Douglas Jimenez, M.D., is or was an
25 employee of the health centers and was acting within the scope of his employment at all times material
26 to such alleged incidents. See Certification Pursuant to 28 U.S.C. § 2679(d).

NOTICE OF REMOVAL
B.M. v. Anthony Lim, M.D., et al
C

2

4. Upon certification by the Attorney General, this action shall be removed to district court at any time prior to trial. Pursuant to written delegation from Melinda Haag, the duly appointed United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4. The Chief of the Civil Division has certified that Douglas Jimenez, M.D., was acting within the course and scope of his employment with the health centers, which were deemed eligible for FTCA malpractice coverage. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted as the party defendant for federal defendant Douglas Jimenez, M.D., pursuant to 28 U.S.C. § 2679(d)(2). This action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

6. This action is one arising under the Constitution and laws of the United States, and it is therefore an action over which the district courts of the United States have original jurisdiction. See 28 U.S.C. § 1331. It is removable to this court pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 2679(d)(2) and 42 U.S.C. § 233(c), (l)(1).

7. A copy of this Notice is being filed with the Clerk of the Sonoma County Superior Court. This filing will automatically effect removal of the action in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: December 1, 2014

_____
NEILL T. TSENG
Attorneys for Federal Defendant
Douglas Jimenez, M.D.

NOTICE OF REMOVAL
B.M. v. Anthony Lim, M.D., et al
C

3

# EXHIBIT 1

09/06/2013  12:08                                                      (FAX)7075280760          P.002/007

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED FILED**

MAY 31 2013

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ANTHONY LIM, M.D., DOUGLAS JIMENEZ, M.D., SUTTER MEDICAL CENTER, UNIVERSITY OF CALIFORNIA SAN FRANCISCO, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 100, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
B[REDACTED] M[REDACTED], a Minor by and through his Guardian ad Litem, DAVID MONES

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
600 Administration Drive, Room 107 J, Santa Rosa, CA 95403

CASE NUMBER:
*(Número del Caso):*
SCV 253761

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brian T. Flahavan    (Bar # 215222)                                      Fax No.: (707) 525-2918
FLAHAVAN LAW OFFICES, 400 College Avenue, Santa Rosa, CA 95401           Phone No.: (707) 525-2917

DATE: MAY 30 2013          JOSE O. GUILLEN     Clerk, by   Teresa Leith   , Deputy
*(Fecha)*                                      *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [X] by personal delivery on *(date):* 9/6/13

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

09/06/2013   12:08                                            (FAX)7075280760         P.003/007

```
Brian T. Flahavan SBN 215222
FLAHAVAN LAW OFFICES
400 College Avenue
Santa Rosa, CA 95401
Tel 707-525-2917
Fax 707-525-2918

Attorney for Plaintiff
B[REDACTED] M[REDACTED], a Minor
by and through his Guardian
ad Litem, DAVID MONES
```

ENDORSED FILED
MAY 3 0 2013
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| B[REDACTED] M[REDACTED], a Minor by and through his Guardian ad Litem, DAVID MONES<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY LIM, M.D., DOUGLAS JIMENEZ, M.D., SUTTER MEDICAL CENTER, UNIVERSITY OF CALIFORNIA SAN FRANCISCO, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 100, Inclusive,<br><br>Defendants | CASE NO. SCV 253761<br><br>COMPLAINT FOR DAMAGES FOR:<br><br>1.   MEDICAL NEGLIGENCE. |

COMES NOW PLAINTIFF, B[REDACTED] M[REDACTED], a Minor by and through his Guardian ad Litem, DAVID MONES, AND ALLEGES AS FOLLOWS:

**GENERAL ALLEGATIONS**

1.   Plaintiff B[REDACTED] M[REDACTED], a Minor, and his Guardian ad Litem, David Mones, are, and at all times mentioned herein were, residents of Santa Rosa, California.

2.   That the true names and capacities, whether individual, corporate, associate, or otherwise, of

1

COMPLAINT FOR DAMAGES

defendants Does 1 through 100, inclusive, are unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names and will ask leave of court to amend this complaint to show their true names and capacities when ascertained. Said Defendants are sued as principals, and all the acts performed by them as agents, servants and employees were performed within the course and scope of their authority and employment.

3. Plaintiff is informed and believe, and based upon such information and belief alleges that Defendants, ANTHONY LIM, M.D., DOUGLAS JIMENEZ, M.D., SUTTER MEDICAL CENTER, UNIVERSITY OF CALIFORNIA SAN FRANCISCO, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 100, inclusive, were and are physicians licensed to practice medicine in the County of Shasta, State of California.

4. At all times herein mentioned, each of the Defendants was the agent and employees of each of the remaining defendants, and was acting within the scope of such agency and employment.

5. On or about November 1, 2012, Plaintiff received medical care from Defendants at Sutter Medical Center.

6. In the course of providing Plaintiff with medical treatment, Defendants performed a circumcision.

7. Due to the negligent and improper manner in which the circumcision was performed, Plaintiff was injured, developed complications, lost blood and suffered physical pain, discomfort and emotional distress associated with the pain and complications.

8. Due to the complications caused by the negligently and improperly performed circumcision, Plaintiff sustained physical and emotional injuries. Defendants were the cause of these injuries.

9. Plaintiff was informed on or about November 1, 2012 that Defendants' performance of circumcision was not within the standard of care.

**FIRST CAUSE OF ACTION**
**MEDICAL NEGLIGENCE**
(By Plaintiff Against Defendants ANTHONY LIM, M.D., DOUGLAS JIMENEZ, M.D., SUTTER MEDICAL CENTER, UNIVERSITY OF CALIFORNIA SAN FRANCISCO, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 100, Inclusive)

10. On or about November 1, 2012, Plaintiff received medical treatment from Defendants at which time Defendants negligently and improperly performed a circumcision. On said date, Defendants' performance of this procedure was not within the standard of care and constituted medical negligence. As a result of Defendants' performance of the circumcision, Plaintiff sustained physical injuries and other medical conditions.

11. As a direct and legal result of the negligence of Defendants and Does 1 through 100, inclusive, Plaintiff has suffered, and will continue to suffer, extraordinary medical expenses and attendant care. Plaintiff is uncertain of the amount of past and future medical expenses, attendant care, and other extraordinary health care needs. Plaintiff will amend this Complaint to set forth the amount of past an future economic damages when ascertained.

WHEREFORE, Plaintiff B[REDACTED] M[REDACTED] a Minor by and through his Guardian ad Litem, David Mones, prays for judgement against all Defendants and each of them as follows:

### ON ALL CAUSES OF ACTION

1. For general damages and damages for pain and suffering according to proof;
2. For special damage for past and future medical and related expenses according to proof;
3. Attendant care and special needs, according to proof;
4. For costs of suit incurred herein;
5. Prejudgment interest; and
6. For such other and further relief as the Court deems just and proper.

Dated: May 30, 2013

FLAHAVAN LAW OFFICES

BRIAN T. FLAHAVAN
Attorney for Plaintiff
B[REDACTED] M[REDACTED] a Minor by and through his Guardian ad Litem, David Mones

3
COMPLAINT FOR DAMAGES

09/06/2013  12:09                                                          (FAX)7075280760                    P.006/007

Mones v Lim, et al.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA<br>CIVIL DIVISION<br>600 ADMINISTRATION DRIVE, ROOM 107-J<br>SANTA ROSA, CALIFORNIA 95403-2878<br>(707) 521-6500<br>www.sonoma.courts.ca.gov | (FOR COURT USE ONLY)<br><br>ENDORSED<br>FILED<br>MAY 30 2013<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SONOMA |
|---|---|
| **NOTICE OF ASSIGNMENT TO ONE JUDGE FOR ALL PURPOSES,<br>NOTICE OF CASE MANAGEMENT CONFERENCE,<br>and ORDER TO SHOW CAUSE** | Case number:<br>SCV 253761 |

**A COPY OF THIS NOTICE MUST BE SERVED WITH THE SUMMONS AND COMPLAINT AND WITH ANY CROSS-COMPLAINT**

1. THIS ACTION IS ASSIGNED TO HON. **ARTHUR A. WICK** FOR ALL PURPOSES. Pursuant to California Rules of Court, Rule 2.111(7), the assigned judge's name must appear below the number of the case and the nature of the paper on the first page of each paper presented for filing.
2. EACH DEFENDANT MUST FILE A WRITTEN RESPONSE TO THE COMPLAINT AS REQUIRED BY THE SUMMONS.
   A Case Management Conference has been set at the time and place indicated below:

   Date: **SEP 26 2013**  Time: **8:30**  Courtroom: **19**
   Location: 3055 Cleveland Ave., Santa Rosa, CA 95403

3. No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement [Judicial Council form #CM-110] and serve it on all other parties in the case. In lieu of each party's filing a separate case management statement, any two or more parties may file a joint statement.
4. At the conference, counsel for each party and each self-represented party must appear personally or by telephone [California Rules of Court, Rule 3.670(c)(2)]; must be familiar with the case; and must be prepared to discuss and commit to the party's position on the issues listed in California Rules of Court, Rule 3.727.
5. Pre-approved dispositions are recorded three (3) court days prior to the case management conference. These may be obtained by calling (707) 521-6883 or by going to http://sonoma.courts.ca.gov/online-services/tentative-rulings.

**ORDER TO SHOW CAUSE**

To Plaintiff(s), Cross-complainants, and/or their attorneys of record:
If, on the date shown above, you are not in compliance with the requirements stated in the California Rules of Court, rules 2.30, 3.110, and/or 3.720 through 3.771 inclusive, you must then and there show cause why this court should not impose monetary and/or terminating sanctions in this matter.

CV-1 [Rev. February 19, 2013]  NTC OF ASSIGNMENT OF 1 JUDGE FOR ALL PURPOSES, NTC OF CMC & OSC  CRC, Rules 3.110, 3.720-3.730; CCP§§177.5, 583.410

### ELECTRONIC SERVICE OF DOCUMENTS
### Enabled by Local Rule 18.16

Voluntary e-service is available in Sonoma County. The Court has pre-approved a Stipulation for cases in which the attorneys or parties choose e-service. A copy of the Stipulation is available under the "Civil" section in the "Division" tab of the Court website: www.sonoma.courts.ca.gov. The advantages of e-service to the parties include:

| | |
|---|---|
| SAVE MONEY | Reduction in costs related to photocopying, retrieving, storing, messenger and postage fees. No special software is needed to use e-service |
| SAVE TIME | Instant service of your documents on all parties |
| SAVE SPACE | With 24/7 internet access to all documents, you do not need to house paper copies |
| GAIN CERTAINTY | Immediate confirmation of service for your records. Documents are not delayed in the mail or blocked by email spam blockers and firewalls |

To take advantage of e-service, select an e-service provider and file the signed Stipulation with the Court. Parties can then e-serve documents through the selected provider. Information about e-service providers is available at the website for the Sonoma County Bar Association: www.sonomacountybar.org. The Court does not endorse one provider over another.

To learn more about available e-service providers and their fees, please visit their website

*Note: Hard-copy pleadings are required to be filed with the Court in accordance with applicable provisions of the Code of Civil Procedure, California Rules of Court and local rules. You do not need to provide a courtesy copy of a served document to the specific department in which the matter has been assigned.*

### DISCOVERY FACILITATOR PROGRAM

Effective January 1, 2008, the Sonoma County Superior Court promulgated Sonoma County Local Rule 4.14 which established the Discovery Facilitator Program. Participation in the Discovery Facilitator Program shall be deemed to satisfy a party's obligation to meet and confer under Sonoma County Local Rule 5.5 and applicable provisions of the Code of Civil Procedure and California Rules of Court. This program has been providing assistance in resolving discovery disputes and reducing the backlog of matters on the law and motion calendars in our civil law departments. The Sonoma County Superior Court encourages all attorneys and parties to utilize the Discovery Facilitator Program in order to help resolve or reduce the issues in dispute whether or not a discovery motion is filed.

There is a link to Local Rule 4.14 and the list of discovery facilitator volunteers on the official website of the Sonoma County Superior Court at www.sonoma.courts.ca.gov. On the home page, under the "AVAILABLE PROGRAMS & HELP" section, click on »Discovery Facilitator Program. You can then click on either "Local Rule 4.14" to obtain the language of the local rule, or "List of Facilitators" for a list of the volunteer discovery facilitators and accompanying contact and biographical information.

SEP 06 2013