UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

B.M., a minor by and through his guardian ad litem DAVID MONES,

Plaintiff,

v.

ANTHONY LIM, et al.,

Defendants.

_____/

No. C 14-05257 LB

**ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT BY JANUARY 23, 2015**

On May 30, 2013, Plaintiff filed a complaint in Sonoma County Superior Court against five Defendants: (1) Anthony Lim, M.D.; (2) Douglas Jimenez, M.D.; (3) Sutter Medical Center; (4) University of California, San Francisco; and (5) the Regents of the University of California. Plaintiff served at least Dr. Jimenez, because on December 1, 2014, the United States, acting on Dr. Jimenez's behalf, removed the action to this court. It now asks the court to substitute it in place of Dr. Jimenez and to dismiss Plaintiff's claims against it. The hearing on the motion currently is set for January 29, 2015.

So far, only the United States and Plaintiff have appeared in this court and consented to the undersigned's jurisdiction. To rule on the United States's motion, though, the court must have consent from all parties who have been served. *See* 28 U.S.C. § 636(c); *Ornelas v. De Frantz*, C 00-1067 JCS, 2000 WL 973684, at *2 n.2 (N.D. Cal. June 29, 2000) (unserved defendants are not parties under the meaning of 28 U.S.C. § 636(c)) (citing *Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995)); *cf. United States v. Real Property*, 135 F. 3d 1312, 1316 (9th Cir. 1997) (holding that

the consent of an individual who was not a party was not a precondition to the magistrate judge's jurisdiction).  Dr. Lim, Sutter Medical Center, the University of California, San Francisco, and the Regents of the University of California have not appeared in this court, and upon review of the record before it, the court does not know whether they have been served.  They were not mentioned in the removal papers, presumably because an action against a federal employee arising out of his or her employment can be removed without joinder of other defendants.  *See* 28 U.S.C. § 2679.  Before the court reassigns this action to a district judge, the court directs the parties to file a joint status report informing the court whether all Defendants have been served and whether Plaintiff and the United States have been in contact with the other Defendants.  They shall do by the close of business on Friday, January 23, 2015.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
LAUREL BEELER
United States Magistrate Judge