1
2
3
4
5
6
7
8                        UNITED STATES  DISTRICT COURT
9                         Northern District of California
10                           San Francisco Division
11   B.M., a minor by and through his guardian ad        No. C 14-05257 LB
     litem DAVID MONES,
12                                                        **ORDER CONTINUING THE**
                              Plaintiff,                  **HEARING ON THE UNITED**
13                                                        **STATES'S MOTION TO DISMISS**
                 v.
14
     ANTHONY LIM, et al.,
15
                              Defendants.
16   _____/

17      On May 30, 2013, Plaintiff filed a complaint in Sonoma County Superior Court against five

18   Defendants: (1) Anthony Lim, M.D.; (2) Douglas Jimenez, M.D.; (3) Sutter Medical Center; (4)

19   University of California, San Francisco; and (5) the Regents of the University of California. On

20   December 1, 2014, the United States, acting on Dr. Jimenez's behalf, removed the action to this

21   court.  It now asks the court to substitute it in place of Dr. Jimenez and to dismiss Plaintiff's claims

22   against it.  The hearing on the motion currently is set for January 29, 2015.

23      So far, only the United States and Plaintiff have appeared in this court and consented to the

24   undersigned's jurisdiction.  Plaintiff has informed the court that he dismissed the University of

25   California, San Francisco and the Regents of the University of California from this action while it

26   was still in state court.  Plaintiff has further informed the court that Dr. Lim and Sutter Medical

27   Center were served and appeared in this action in state court.

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C14-05257 LB
ORDER

To rule on the United States's motion, the court must have consent from all parties who have been served. *See* 28 U.S.C. § 636(c); *cf. Ornelas v. De Frantz*, C 00-1067 JCS, 2000 WL 973684, at *2 n.2 (N.D. Cal. June 29, 2000) (unserved defendants are not parties under the meaning of 28 U.S.C. § 636(c)) (citing *Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995)). Despite their apparently being served while the action was in state court, neither Dr. Lim nor Sutter Medical Center have appeared here. And despite this court's efforts so far to have all served parties either consent to or decline the undersigned's jurisdiction, *see* First Clerk's Notice, ECF No. 12; Second Clerk's Notice, ECF No. 16; Order re Service, ECF No. 18, the court still has heard nothing from Dr. Lim or Sutter Medical Center.

Because the court cannot at this time rule on the United States's motion, the court continues the hearing on it from January 29, 2015 to March 5, 2015 at 9:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. The court reminds the parties that an initial case management conference also is set for that day and that their joint case management statement is due by February 26, 2015. (*See* Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 5.) The court directs Plaintiff to serve Dr. Lim and Sutter Medical Center with a copy of this order by January 30, 2015.

**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
LAUREL BEELER
United States Magistrate Judge